UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-37923 |
| Rodd Kurtis Winscott | ) | |
| Christine Merry Winscott | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter coming to be heard on the Motion for Relief from Automatic Stay filed by Bayview Loan Servicing, LLC (hereinafter "Movant"), due notice having been given to all parties entitled thereto, and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Automatic Stay against Movant be and the same is modified pursuant to Section 362(d) of the United States Bankruptcy Code and Movant, its successors and assignees, shall have the right to proceed with any and all proceedings in connection with the Property commonly known as 500 Hamilton Lane, North Aurora, Illinois 60542 (Property).

IT IS FURTHER ORDERED that the Movant's proof of claim providing for the payment of current mortgage payments or payment of pre-petition arrearages in connection with the subject Property is withdrawn as to any unpaid portion thereof for the purpose of this bankruptcy proceeding only.

IT IS FURTHER ORDERED that Movant is granted leave to file an unsecured Proof of Claim for the deficiency balance, if any, resulting from the sale of the Property and such Proof of Claim shall be deemed timely filed.

IT IS FURTHER ORDERED that the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  December 01, 2017

**Prepared by:**

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Telephone: (217) 422-1719
Facsimile: (217) 422-1754